Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| A Fresh Start, Luisa Kilgore & Family<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br><br><br>VCCEB - Volusia Co Code<br>Enforcement Board & All Parties<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **6:23-cv-2013-PGB-EJK**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    A Fresh Start, Lisa Kilgore & Family

Address    General Delivery

Sewanee        Tn    37375
*City*        *State*    *Zip Code*

County    Franklin

Telephone Number    615-492-1730

E-Mail Address    UP and out 88 @ yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name    Volusia County Code Enforcement Board

Job or Title *(if known)*

Address    123 W. Indiana Ave

Deland , Fl    32720
*City*        *State*    *Zip Code*

County    Volusia

Telephone Number    386-736-5925

E-Mail Address *(if known)*    Code Compliance @ Volusia.org

☒ Individual capacity    ☑ Official capacity

**Defendant No. 2**

Name    Fred Eastwood

Job or Title *(if known)*    Code Compliance Officer

Address    123 W. Indiana Ave

Deland , Fl    32720
*City*        *State*    *Zip Code*

County    Volusia

Telephone Number    386-736- 5925

E-Mail Address *(if known)*    Code Compliance @ volusia.org

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name *Sebring Slack*

Job or Title *(if known)* *Assistant Attorney*

Address *123 W. Indiana Ave*

*Deland    Fl    32720*

City    State    Zip Code

County *Volusia*

Telephone Number *386-736-5925*

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name *Chris Hutchin*

Job or Title *(if known)* *Code Dep Manager*

Address *123 W. Indiana Ave*

*Deland    Fl    32720*

City    State    Zip Code

County *Volusia*

Telephone Number *386-736-5425*

E-Mail Address *(if known)* *CodeCompliance@volusia.org*

☑ Individual capacity    ☐ Official capacity

*Possible Judge also for the Order of Denial as attached*

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*1st Amendment Violations*
*4th        ″        ″*
*6th 5th    ″        ″*
*14th        ″        ″*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officals have unlawfully taken away the rights of the individuals

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Volusia County

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Nov 16, 2022

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Person Entered a Private Community without concent.
Neighbor Called to info us conserning this.
1) Our estabisment is religious private opperation
Robert Kupke, Marc Najanick witnessed + Family involved.
2) Judge(s) did not allow Due Process Remedy
other Judge did not allow case to extend
until VAB Hearing, 2nd Judge did not
allow the discussion of SME Robert Kupke
From the Tallahassee ledigilator.
Fines have damaged the Farm establishment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Suffering, Finanee harm of income, Continued services from our Communitie Natural Health Doctor & Health Dept - Spiritual Councel to Help, Red Cross help line, for disaster & Crisis

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We Wish for the Courts to allow the Case to be presented to a jury trial + motion of stay on Fines - attached Damage to Compensate for loss we have suffered that led to the present person(s) being fined in the 1st place. Seeking 4X time the actual Damages One Million Dollars

*(margin, written vertically:)* Injunction Request

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-16-2023

Signature of Plaintiff _Lin Kilgore_

Printed Name of Plaintiff _Kilgore_

B.    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number        615-492-1730

E-mail Address        Up and out 88 @ gmail.com
                        yahoo

10/16/2023
_Barry C Rollo, exp 2/10/2024_

*(Notary seal: BARRY C. ROLLINS, STATE OF TENNESSEE NOTARY PUBLIC, GRUNDY COUNTY, TENN.)*

Page 6 of 6

10-9-2023

Clerk of Court,

We respectfully request with this New Case to include an injunctive relief, as we believe a wrongful act, specifically a violation of the Amendment(s) to the Constitution, has occurred. This wrongful act pertains to the unjust issuance of a **property lien order**. It is our contention that this action clearly establishes a legitimate cause of action. To mitigate further harm and prevent potential of future harm, we seek equitable relief to rectify the situation.

We seek injunctive relief based on a wrongful act (several violations of Amendment(s) of the Constitution), which is the issuance of an order of a property lien without just cause. This action constitutes a clear cause of action, and we request equitable relief to prevent further harm and future harm, thus rectify the situation.

Please acknowledge receipt of this New Case and provide instructions for further proceedings in Federal Middle District Court.

Respectfully,

A Fresh Start (Mennonite)

John and Jane Doe

Lisa Kilgore

94 University Ave

General Delivery

Sewanee, TN 37375

Permant or Temp Injunction

10/16/2023
Barry C Rollo
exp 2/10/2024

